UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH WINSTON,

    Plaintiff,

v.

STATE FARM INSURANCE COMPANY,

    Defendant.

Case No. 15-cv-00315-VC

**ORDER**

Tomorrow's case management conference will take place at 3:00 p.m. rather than 2:30 p.m. In addition, the parties have proposed an unreasonable case management schedule. At the case management conference, the parties should propose a schedule which concludes with a trial in January 2016. The last day for a hearing on dispositive motions should be in November.

**IT IS SO ORDERED.**

Dated: April 27, 2015

_____
VINCE CHHABRIA
United States District Judge